**RENAISSANCE HEALTHCARE & REHAB CT**
4712 CHESTER AVENUE PHILADELPHIA, PA 19143

| | | | |
|---|---|---|---|
| Name/Emp# Antoinette Warren | / 10046 | Check#/Date 717774 | 3/11/2019 |
| SS# [redacted] Status/Allowance | | Period | |
| Dept/Rate LPN'S | 29.3200 | Net Pay | 1,915.18 |

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| REGULAR | 80.00 | 29.3200 | 2,345.60 | |
| OVERTIME | 3.14 | 43.9800 | 138.10 | |
| **Total Earnings** | **83.14** | | **2,483.70** | **12,428.31** |

| Deductions | Amount | YTD |
|---|---|---|
| HEALTH PLAN PRE TAX | 64.58 | 322.90 |
| DENTAL PRE TAX | 8.00 | 40.00 |
| **Total Deductions** | **72.58** | **362.90** |

| Taxes | Amount | YTD |
|---|---|---|
| Social Security | 149.49 | 748.06 |
| Federal Income Witholding Tax | 142.41 | 713.24 |
| Philadelphia Local Withholding Tax | 93.57 | 468.25 |
| Medicare | 34.96 | 174.95 |
| Pennsylvania SUI (Employee) | 1.49 | 7.45 |
| Pennsylvania State Witholding Tax | 74.02 | 370.41 |
| **Total Taxes** | **495.94** | **2,482.36** |

| Amount Deposited to Account | Amount | YTD |
|---|---|---|
| 02530 | 1,915.18 | 9,583.05 |

Benefits Available

Pto
46.85

DETACH AT PERFORATION BEFORE DEPOSITING CHECK

THIS CHECK IS VOID WITHOUT A COLORED BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**RENAISSANCE HEALTHCARE & REHAB CTR**
4712 CHESTER AVENUE
PHILADELPHIA, PA 19143

M&T BANK
HORSHAM, PA 19044

717774

602-295/313

| CHECK DATE | PAY THIS AMOUNT |
|---|---|
| 3/11/2019 | $0.00 |

PAY ******Zero Dollars and Zero Cents********

TO THE ORDER OF Antoinette Warren
7320 Passyunk Ave
Philadelphia, PA 19142

THIS IS NOT A CHECK

**RENAISSANCE HEALTHCARE & REHAB CT**
4712 CHESTER AVENUE PHILADELPHIA, PA 19143

| | | | |
|---|---|---|---|
| Name/Emp# Antoinette Warren | / 10046 | Check#/Date 717553 | 2/11/2019 |
| SS# [redacted] Status/Allowance | M 4 | Period | 01/20/2019 - 02/02/2019 |
| Dept/Rate 65 - LPN'S | 29.3200 | Net Pay | 2,016.45 |

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| REGULAR | 80.00 | 29.3200 | 2,345.60 | |
| OVERTIME | 1.28 | 43.9800 | 56.29 | |
| HOLIDAY GIFT | 7.50 | 29.3200 | 219.90 | |
| **Total Earnings** | **88.78** | | **2,621.79** | **7,593.29** |

| Deductions | Amount | YTD |
|---|---|---|
| HEALTH PLAN PRE TAX | 64.58 | 193.74 |
| DENTAL PRE TAX | 8.00 | 24.00 |
| **Total Deductions** | **72.58** | **217.74** |

| Taxes | Amount | YTD |
|---|---|---|
| Social Security | 158.05 | 457.28 |
| Federal Income Witholding Tax | 158.98 | 444.30 |
| Philadelphia Local Withholding Tax | 98.93 | 286.24 |
| Medicare | 36.97 | 106.95 |
| Pennsylvania SUI (Employee) | 1.57 | 4.55 |
| Pennsylvania State Witholding Tax | 78.26 | 226.43 |
| **Total Taxes** | **532.76** | **1,525.75** |

| Direct Deposit | Amount | YTD |
|---|---|---|
| 02530 | 2,016.45 | 5,849.80 |

Benefits Available

Pto
47.47

## Paystub 1

**RENAISSANCE HEALTHCARE & REHAB CT**
4712 CHESTER AVENUE PHILADELPHIA, PA 19143

| Field | Value |
|---|---|
| Name/Emp# | Antoinette Warren / 10046 |
| SS# | ****** |
| Status/Allowance | M 4 |
| Dept/Rate | 65 - LPN'S    29.3200 |
| Check#/Date | 717442    1/28/2019 |
| Period | 01/06/2019 - 01/19/2019 |
| Net Pay | 1,853.67 |

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| REGULAR | 78.09 | 29.3200 | 2,289.60 | |
| RETROACTIVE | 7.52 | 14.6600 | 110.24 | |
| **Total Earnings** | **85.61** | | **2,399.84** | **4,971.50** |

| Deductions | Amount | YTD |
|---|---|---|
| HEALTH PLAN PRE TAX | 64.58 | 129.16 |
| DENTAL PRE TAX | 8.00 | 16.00 |
| **Total Deductions** | **72.58** | **145.16** |

| Taxes | Amount | YTD |
|---|---|---|
| Social Security | 144.29 | 299.23 |
| Federal Income Witholding Tax | 132.35 | 285.32 |
| Philadelphia Local Withholding Tax | 90.32 | 187.31 |
| Medicare | 33.74 | 69.98 |
| Pennsylvania SUI (Employee) | 1.44 | 2.98 |
| Pennsylvania State Witholding Tax | 71.45 | 148.17 |
| **Total Taxes** | **473.59** | **992.99** |

| Direct Deposit | Amount | YTD |
|---|---|---|
| 02530 | 1,853.67 | 3,833.35 |

Benefits Available
Pto
39.78

---

## Paystub 2

**RENAISSANCE HEALTHCARE & REHAB CT**
4712 CHESTER AVENUE PHILADELPHIA, PA 19143

| Field | Value |
|---|---|
| Name/Emp# | Antoinette Warren / 10046 |
| SS# | ****** |
| Status/Allowance | M 4 |
| Dept/Rate | 65 - LPN'S    29.3200 |
| Check#/Date | 717324    1/14/2019 |
| Period | 12/23/2018 - 01/05/2019 |
| Net Pay | 1,979.68 |

| Earnings | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| REGULAR | 48.21 | 29.3200 | 1,413.52 | |
| HOLIDAY GIFT | 7.50 | 29.3200 | 219.90 | |
| PTO | 32.00 | 29.3200 | 938.24 | |
| **Total Earnings** | **87.71** | | **2,571.66** | **2,571.66** |

| Deductions | Amount | YTD |
|---|---|---|
| HEALTH PLAN PRE TAX | 64.58 | 64.58 |
| DENTAL PRE TAX | 8.00 | 8.00 |
| **Total Deductions** | **72.58** | **72.58** |

| Taxes | Amount | YTD |
|---|---|---|
| Social Security | 154.94 | 154.94 |
| Federal Income Witholding Tax | 152.97 | 152.97 |
| Philadelphia Local Withholding Tax | 96.99 | 96.99 |
| Medicare | 36.24 | 36.24 |
| Pennsylvania SUI (Employee) | 1.54 | 1.54 |
| Pennsylvania State Witholding Tax | 76.72 | 76.72 |
| **Total Taxes** | **519.40** | **519.40** |

| Direct Deposit | Amount | YTD |
|---|---|---|
| 02530 | 1,979.68 | 1,979.68 |

Benefits Available
Pto
31.55