**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Antoinette M Warren | : | |
| Debtor | : | BANKRUPTCY NO.:  19-11495AMC |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURTS:

Kindly withdraw the Debtor's Employee Income Records (Doc # 14, filed on 4/10/19).

                                                                      Respectfully submitted,

DATE: April 10, 2019                     /s/ Brandon Perloff, Esq
                                                           Brandon Perloff, Esquire
                                                           Attorney for the Debtor
                                                           1429 Walnut Street, Suite 701
                                                           Philadelphia, PA 19102
                                                           267-457-5570