**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**IN RE:**                                                                                               **CASE NO.: 19-11495-amc**
                                                                                                          **CHAPTER 13**

**Antoinette M Warren**
**fka Antionette M Randall,**

   **Debtor.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTTS BRIDGE RD. STE. 170**
**DULUTH, GA 30097**

RAS Crane LLC
Authorized Agent for Secured Creditor
10700 Abbotts Bridge Rd. Ste. 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Darrelyn Thomas
Darrelyn Thomas, Esq.
Email: dthomas@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 19, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

KWARTLER MANUS, LLC
BRANDON J. PERLOFF
1429 WALNUT STREET  SUITE 701
PHILADELPHIA, PA 19102

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET  SUITE 500
PHILADELPHIA, PA 19107

ANTOINETTE M WARREN
FKA ANTIONETTE M RANDALL
7320 PASSYUNK AVENUE
PHILADELPHIA, PA 19142

    RAS Crane LLC
    Authorized Agent for Secured Creditor
    10700 Abbotts Bridge Rd. Ste. 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425
    By: /s/Darrelyn Thomas
    Darrelyn Thomas, Esq.
    Email: dthomas@rascrane.com