## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 19-11495-AMC

ANTOINETTE M WARREN

7320 PASSYUNK AVENUE

PHILADELPHIA, PA 19142

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANTOINETTE M WARREN

7320 PASSYUNK AVENUE

PHILADELPHIA, PA 19142

Counsel for debtor(s), by electronic notice only.

BRANDON J. PERLOFF
KWARTLER MANUS LLC
1429 WALNUT STREET  STE 701
PHILADELPHIA, PA 19102-

Date: 9/13/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee