```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 19-11495-amc
Antoinette M Warren                                                 Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: Randi                 Page 1 of 2                  Date Rcvd: Oct 29, 2019
                              Form ID: pdf900             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db             +Antoinette M Warren,    7320 Passyunk Avenue,    Philadelphia, PA 19142-1544
cr             +NATIONSTAR MORTGAGE LLC,    RAS Crane LLC,   10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
14286020       +Assata Keita,    2335 S. 63rd Street,    1st Floor,    Philadelphia, PA 19142-2335
14302908       +Chase Bank USA, N.A.,    c/o National Bankruptcy Services, LLC,    P.O. Box 9013,
                Addison Texas 75001-9013
14286022       +Chase Card Services,    Attn: Bankruptcy,    PO Box 15298,   Wilmington, DE 19850-5298
14286023       +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    PO Box 790034,
                St Louis, MO 63179-0034
14286024       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                St Louis, MO 63179-0034
14286025       +Citicards Cbna,    Citi Bank,    PO Box 6077,   Sioux Falls, SD 57117-6077
14286027       +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. STE 225,
                Hazelwood, MO 63042-2429
14286028       +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,   Philadelphia, PA 19102-3207
14286029       +Lorenzo Warren,    7320 Passyunk Avenue,    Philadelphia, PA 19142-1544
14286031       +Mamadou Kone,    2335 S. 63rd Street,    2nd Floor,    Philadelphia, PA 19142-2335
14286032        Michael J Dougherty,    170 S. Independence Mall,    Suiite 874,   Philadelphia, PA 19106
14286034       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14324501       +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    ATTN: Bankruptcy Dept,    PO Box 619096,
                Dallas TX 75261-9096
14286037       +Specialized Loan Servicing/SLS,    Attn:  Bankruptcy Dept,   8742 Lucent Blvd #300,
                Highlands Ranch, CO 80129-2386
14296095       +The Bank of NY Mellon,    f/k/a The Bank of NY,    c/o Kevin G. McDonald, Esquire,
                KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14327178       +The Bank of New York Mellon Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 30 2019 03:32:21     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 30 2019 03:32:09
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 30 2019 03:32:18     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org Oct 30 2019 03:32:15     Pennsylvania Housing Finance Agency,
                211 N. Front Street,   Harrisburg, Pa 17101-1406
14286021       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 30 2019 03:37:28     Capital One,
                Attn: Bankruptcy,   PO Box 30285,    Salt Lake City, UT 84130-0285
14293615       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2019 04:26:36
                Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14290987        E-mail/Text: mrdiscen@discover.com Oct 30 2019 03:31:59     Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH   43054-3025
14286026       +E-mail/Text: mrdiscen@discover.com Oct 30 2019 03:31:59     Discover Financial,   PO Box 3025,
                New Albany, OH 43054-3025
14303094        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2019 03:35:40     LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14286030       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2019 03:35:41
                LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,    PO Box 10497,
                Greenville, SC 29603-0497
14286033       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 30 2019 03:32:14     Midland Funding,
                2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
14311615       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 30 2019 03:32:14     Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
14286035        E-mail/Text: blegal@phfa.org Oct 30 2019 03:32:15     Pennsylvania Housing Finance Agency,
                ATTN: Bankruptcy,   PO Box 8029,   Harrisburg, PA 17105
14326448        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 03:35:32
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14286036       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 03:37:30
                Portfolio Recovery,   PO Box 41021,   Norfolk, VA 23541-1021
14306661        E-mail/Text: bnc-quantum@quantum3group.com Oct 30 2019 03:32:04
                Quantum3 Group LLC as agent for,    JHPDE Finance 1 LLC,   PO Box 788,
                Kirkland, WA  98083-0788
14286266       +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 03:37:29     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14286760       +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 03:36:23     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 18
```

```
District/off: 0313-2          User: Randi                  Page 2 of 2                  Date Rcvd: Oct 29, 2019
                              Form ID: pdf900              Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
              BRANDON J PERLOFF    on behalf of Debtor Antoinette M Warren bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com,mhazlett@kminjurylawyers.com,KwartlerManusLLC@jubileebk.net
              KEVIN G. MCDONALD    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee for CWHEQ Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10
               bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    Nationstar Mortgage LLC dba Mr. Cooper
               lkarl@rascrane.com,    lbkarl03@yahoo.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Antoinette M. Warren | : | |
| Debtor | : | Bankruptcy No. 19-11495-amc |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Brandon Perloff, Esquire., counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on <u>October 29, 2019,</u> IT IS ORDERED THAT:

1. The case is dismissed without prejudice.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on <u>November 26, 2019</u>, at <u>11:00 a.m.</u> in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before <u>November 19, 2019</u>.

Date: October 29, 2019

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Brandon Perloff, Esquire
      1429 Walnut Street, Suite 701
      Philadelphia, PA 19102

      William C. Miller, Esquire
      Chapter 13 Standing Trustee
      P.O. Box 40119
      Philadelphia, PA 19106-0119

      Antoinette M Warren
      7320 Passyunk Avenue
      Philadelphia, PA 19142