**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:
Antoinette M Warren                                                                                   13

        Debtor(s)                                                              Bky No.19-11495-amc

**CERTIFICATE OF SERVICE OF**
**ORDER DISMISSING**

      I, Brandon Perloff, Attorney for Debtor, hereby certify that service upon all interested parties was made by sending true and correct copies of the ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCES OF ADMINISTRATIVE EXPENSES electronically and/or via first class mail and/or facsimile on November 1, 2019.

Antoinette M Warren
7320 Passyunk Avenue
Philadelphia, PA 19142

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Matrix

Dated:   November 1, 2019                                          /s/Brandon Perloff
                                                                                        Brandon Perloff
                                                                                        Kwartler Manus, LLC
                                                                                        1429 Walnut Street
                                                                                        Suite 701
                                                                                        Philadelphia, PA 19102
                                                                                        Telephone: (267) 457-5570
                                                                                        Attorney(s) for Debtor(s)