UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In Re:

Antoinette M Warren

        Debtor

13

Bky No. 19-11495-amc

## ORDER

AND NOW, this 26th day of Nov 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff, the Applicant and counsel for the debtor, and after notice it is hereby

**ORDERED** that counsel fees in the amount $5,000.00 less $1,107.00 already paid with a remaining balance of **$3,893.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

BY THE COURT:

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

CC:    **Brandon Perloff, Esq.**
        1429 Walnut Street, Suite 701
        Philadelphia, PA  19102

        William C. Miller, Esquire
        Post Office Box 40119
        Philadelphia, PA 19106
        Chapter 13 Trustee

        Antoinette M Warren
        7320 Passyunk Avenue
        Philadelphia, PA 19142